## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 1 1 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.

BRAYAN VALLE,     CASE NUMBER: 15 CR 1437 GPC

I, BRAYAN VALLE, the above-named defendant, who is accused of committing the following offenses:

Possession of Heroin with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony);

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 8/11/15 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer

JACL:lml:7/24/15